AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  3:25mj 77 |
| ADAN SMITH CAICEDO-RIVERA | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | |

FILED

JUL 2 5 2025

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 23, 2025_____ in the county of _____Henrico_____ in the _____Eastern_____ District of _____Virginia_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Forcibly Resist, Oppose, Impede, and Interfere with Any Person Designated in 18 U.S.C. § 1114 |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Ellen H. Theisen

_____
_Complainant's signature_

Christopher M. Page, Special Agent, HSI
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  _____07/25/2025_____

_____
_Judge's signature_

City and state:  _____Richmond, Virginia_____

Summer L. Speight, U.S. Magistrate Judge
_Printed name and title_